AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Ginsburg, Ruth B. | 2. Court or Organization  Supreme Court of the United States | 3. Date of Report  05/15/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Associate Justice | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2014  to  12/31/2014 |

**7. Chambers or Office Address**

Supreme Court of the United States
One First Street, NE
Washington, DC 20543

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Trustee | Trust Article Fourth U/W Martin D. Ginsburg |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 08/25/14 | University of Minnesota - Stein lecturer | $5,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | European Court of Justice & U.S. Supreme Court | February 8-12, 2014 | Luxembourg | Participant in Legal Exchange program | transportation, lodging, food |
| 2. | Arizona State University | May 6-7, 2014 | Phoenix, AZ | Participant in conversational program | transportation, lodging, food |
| 3. | New York University | July 7-11, 2014 | Florence, Italy | Teacher | transportation, lodging, food |
| 4. | Chicago Bar Association | September 7-8 2014 | Chicago, IL | Participant in conversational program | transportation, lodging, food |
| 5. | International Women's Health Coalition | September 9, 2014 | Chicago, IL | Participant in conversational program | transportation, lodging, food |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 05/15/2015 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | University of Minnesota Law School | September 16, 2014 | Minneapolis, MN | Participant in conversational program | transportation, lodging, food |
| 7. | Cornell University | September 18, 2014 | New York, NY | Participant in conversational program | transportation, lodging, food |
| 8. | 92nd Street Y | October 19-21, 2014 | New York, NY | Participant in conversational program | transportation, lodging, food |
| 9. | New York Historical Society | October 29, 2014 | New York, NY | Participant in conversational program | transportation, lodging, food |
| 10. | Southern District of New York | December 17-18, 2014 | New York, NY | Speaker for NY Women's Law Forum | transportation, lodging, food |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 05/15/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Checking account-Morgan Guaranty Trust Co., NYC | | None | K | T | | | | | |
| 2. Checking account PNC Bank, DC | A | Int./Div. | J | T | | | | | |
| 3. TIAA CREF Retirement Accounts | A | Int./Div. | P1 | T | Distributed (part) | 12/01/14 | L | F | |
| 4. TIAA CREF Mutual Funds | E | Dividend | O | T | | | | | |
| 5. -TIAA CREF Midcap Growth Fund | | | | | | | | | |
| 6. -TIAA CREF Short Term Bond Fund | | | | | | | | | |
| 7. Fried Frank Pension (commenced on death of spouse) | G | Distribution | P1 | T | | | | | |
| 8. JP Morgan Intermediate Tax Free Income Fund | D | Interest | N | T | | | | | |
| 9. JP Morgan Short Duration Bond Fund | | None | | | Sold | 06/18/14 | J | A | |
| 10. JP Morgan Equity Income | D | Dividend | N | T | Sold (part) | 06/18/14 | K | D | |
| 11. JP Morgan Market Expansion | B | Dividend | M | T | Sold (part) | 06/18/14 | K | B | |
| 12. JP Morgan Investment Cash | A | Interest | K | T | | | | | |
| 13. JP Morgan Tax Aware Equity | A | Dividend | M | T | Sold (part) | 06/18/14 | K | D | |
| 14. JP Morgan Strategic Income Opportunity | D | Dividend | N | T | | | | | |
| 15. JP Morgan Intrepid European Fund | D | Dividend | M | T | | | | | |
| 16. JP Morgan Equity Focus Fund | A | Dividend | L | T | | | | | |
| 17. JP Morgan Uncontraine Debt Fund formerly Multi Sector Income Fund | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. JP Morgan Float Rate Income Fund | D | Dividend | M | T | | | | | |
| 19. JP Morgan SH-INT Muni Bond Fund | C | Int./Div. | N | T | | | | | |
| 20. SPDR S&P 500 ETF Trust | B | Dividend | M | T | | | | | |
| 21. ISHARES Core S&P Mid Cap ETF | B | Dividend | M | T | | | | | |
| 22. ISHARES MSCI All Country Asia EX Japan Index Fund | B | Dividend | M | T | | | | | |
| 23. Vanguard FTSE Europe ETF | C | Dividend | L | T | | | | | |
| 24. ISHARES MSCI EAFE Index Fund | B | Dividend | L | T | Buy | 06/18/14 | L | | |
| 25. JPM Global Res Enh Index Fund | B | Dividend | L | T | Buy | 06/18/14 | L | | |
| 26. Trust Article 4th u/w/o Martin D. Ginsburg (beneficiary, trustee) (x) | E | Int./Div. | N | T | Distributed (part) | 01/13/14 | K | | |
| 27. | | | | | Distributed (part) | 02/03/14 | J | | |
| 28. | | | | | Distributed (part) | 03/17/14 | J | | |
| 29. | | | | | Distributed (part) | 03/21/14 | J | | |
| 30. | | | | | Distributed (part) | 06/16/14 | L | | |
| 31. -TIAA CREF MidCap Growth | | | | | | | | | |
| 32. -TIAA CREF High Yield Fund | | | | | | | | | |
| 33. -JP Morgan Chase Checking | | | | | | | | | |
| 34. -JP Morgan Chase Savings | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Wegoma 1974 Associates | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII item 32   Trust was created under article fourth of the will of Martin D. Ginsburg (spouse, deceased 6/27/10).   Trust was not funded until July 31, 2013.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Ruth B. Ginsburg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544